# United States Court of Appeals for the Federal Circuit

---

**IN RE: ENOVATE MEDICAL, LLC,**

*Appellant*

---

2022-1874

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. 90/014,446.

---

**JUDGMENT**

---

THIS CAUSE having been considered, it is

ORDERED AND ADJUDGED:

**AFFIRMED**

FOR THE COURT

December 5, 2023
Date

Jarrett B. Perlow
Clerk of Court